IN THE SUPREME COURT OF TEXAS

 No. 09-0733

 IN RE COLUMBIA MEDICAL CENTER OF LAS COLINAS, INC. D/B/A LAS COLINAS
 MEDICAL CENTER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for immediate temporary relief, filed
September 1, 2009, is granted. Enforcement or execution on the judgments
or supersedeas bond in Cause No. DV 99-01417-L, styled Athena Hogue,
Individually and as Executrix of the Estate of Robert Hogue, Jr., Deceased,
Christopher Hogue, and Robert Hogue, III v. Columbia Medical Center of Las
Colinas, Inc. d/b/a Las Colinas Medical Center, in the 193rd District Court
of Dallas County, Texas, are stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., September
18, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 11, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk